JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT EDWARD BUTLER, <br><br> Defendant. | NO. CR07-5778BHS <br><br> ORDER SEALING AFFIDAVIT OF COUNSEL IN SUPPORT OF STIPULATED MOTION TO CONTINUE TRIAL DATE |

The Court having considered the Motion for Order Sealing Affidavit of Counsel in support of Stipulated Motion to Continue Trial Date and Pretrial Motions' Deadline,

NOW THEREFORE IT IS HEREBY ORDERED that the Affidavit of Counsel and any appendixes thereto be sealed.

DONE this 18th day of August, 2008.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge

Presented by:


/s/ *Russell V. Leonard*
Russell V. Leonard
Attorney for Defendant

ORDER SEALING AFFIDAVIT OF COUNSEL – page 1